## Commonwealth *v.* Bowles, Appellant.

Argued June 10, 1974. *Martin Greitzer*, with him *Greitzer & Locks*, for appellant; *Mark Sendrow*, Assistant District Attorney, with him *David Strawbridge, David Richman*, and *Steven Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.